IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02088-AP

NORMA KANE,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

---

Defendant's Unopposed Motion to Dismiss Plaintiff's Complaint (doc. #3) filed December 27, 2005, is **GRANTED.** It is, therefore

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** so that Plaintiff may complete administrative appeal remedies. As stated in the motion, and in accordance with the Commissioner's policy, Plaintiff's civil action, which was filed within 60 days of the ALJ's decision, shall be treated as a timely-filed request for review by the Commissioner's Appeals Council.

Dated this 3rd day of January, 2006

       BY THE COURT:

       s/John L. Kane_____
       Judge, United States District Court